UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                          **DECISION AND ORDER**
            v.                                                    15-CR-88-A

XENIA LEON-BECERRIL,


                              Defendant.

═══════════════════════════════════

        This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant

to 28 U.S.C. § 636(b)(1) for the conduct or pretrial proceedings.  On January 12, 2017,

Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 55),

recommending that defendant Leon-Becerril's motion to dismiss (Dkt. No. 43) be

denied.

        After having been granted numerous adjournments of the time to object to the

Report and Recommendation, on May 15, 2017, defendant Leon-Becerril filed

objections.  Dkt. No. 68.  The United States filed a timely response.  Dkt. No. 81.  Oral

argument was adjourned at the request of the parties until February 7, 2018, and the

matter was deemed submitted after the parties' appearances on that date.

        Pursuant to 28 U.S.C. §636(b)(1), this Court makes a *de novo*

determination of those portions of the Report and Recommendation to which objections

have been made.  Upon *de novo* review, and after reviewing the

submissions from the parties, the Court hereby adopts Magistrate Judge Schroeder's

findings and conclusions.  Accordingly, for the reasons set forth in Magistrate Judge

Schroeder's Report and Recommendation, defendant Leon-Becerril's motion to dismiss (Dkt. No. 43) is denied.

A status conference is scheduled for March 21, 2018, at 9:30 a.m., to set a date for trial.

**IT IS SO ORDERED.**


_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  February 8, 2018